No. 95–7015. SANTOS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–7059. LAMB *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–7289. HINES *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–129. EXXON CO., U. S. A., ET AL. *v.* SOFEC, INC., ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 983.] Motion of respondents for divided argument denied.

No. 95–325. UNITED STATES *v.* REORGANIZED CF&I FABRICATORS OF UTAH, INC., ET AL. C. A. 10th Cir. [Certiorari granted, *ante,* p. 1005.] Motion of United Steelworkers of America, AFL–CIO, for leave to file a brief as *amicus curiae* granted.

No. 95–345. UNITED STATES *v.* URSERY. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1070]; and

No. 95–346. UNITED STATES *v.* $405,089.23 IN UNITED STATES CURRENCY ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1070.] Motion of Advocates for Highway and Auto Safety et al. for leave to file a brief as *amici curiae* in No. 95–346 granted. Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.